**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 21, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00145-CV

## IN RE JONATHAN WASSERBERG, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-32592**

## MEMORANDUM OPINION

On February 18, 2020, relator Jonathan Wasserberg filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Larry Weiman, presiding judge of the 80th District Court of Harris County, to vacate his January 10, 2020 order compelling post-judgment discovery.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for emergency stay.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.